JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,<br><br>    Defendant. | Case No. CV 23-10678-GW-ASx<br><br>**ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice, without an award of fees or costs to any party. The dismissal shall automatically convert to a dismissal with prejudice on December 30, 2025, unless Plaintiff seeks alternative relief from the Court before that date.

IT IS SO ORDERED.

Dated: November 17, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE